UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INNOVATION INDUSTRIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 1:25-CV-03157<br><br>JUDGE ELAINE E. BUCKLO<br><br>MAGISTRATE JUDGE BETH W. JANTZ |

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 1 | Quanzhou Jinhong Import And Export Co., Ltd. | sls13159027233@163.com |
| 2 | Shijiazhuang Maoka Trading Co., Ltd. | lalazhao@maocraft1.com; maria@maocraft1.com |
| 3 | Shop1103293250 Store | kouyuertee@163.com |
| 4 | HALA NN Store | ch_745ge@yeah.net |
| 5 | duhighg | hourtonice@tom.com |
| 6 | KISKISBY | yecaimingyyds@163.com |
| 7 | Umagic | r1323423081wq@163.com |
| 8 | HappyKoi | jie_ii@hotmail.com |
| 9 | Mieudsde | winshuhu@yeah.net |
| 10 | my orders Ogaux deliver in 7-15 days deals today (formerly my orders KaiCran deliver within 7-15 days) | diyjssss@hotmail.com |
| 11 | Perbelee | lyx231429847515@aliyun.com |
| 12 | MZYFDZZ | z7x3h6@sina.com |
| 13 | HytXJ068 | haiyitang03@163.com |
| 14 | FaithFul | z13605651642@163.com |
| 15 | tamei artgift | tameikeji@163.com |
| 16 | AGJYKRE | mshgdg@163.com |
| 17 | Fuegxdxcs | ahrcsau@163.com |
| 18 | QINLI | lf2sn7d@tom.com |
| 19 | organher | suffgdfro@163.com |
| 20 | Sumnify | laq231468653q@aliyun.com |
| 21 | ZeixJHEX | guoletnis@126.com |
| 22 | Fikty | fikty@outlook.com |
| 23 | HiLeyJey | ziewbra880m@163.com |
| 24 | poeuc | krycsbt@126.com |
| 25 | Roseus-store | amyamygs@163.com |

| No. | Defendant | Service Method |
|---|---|---|
| 26 | Dinghong Store \| 鼎鸿小店 | 919656174@qq.com |
| 27 | Zyphire Direct (formerly aiqighai) | lovehar@yeah.net |
| 28 | sudayy | shifenlh@126.com |
| 29 | nxmv | nxmvilar@163.com |
| 30 | Maoseshu | demaoshim@163.com |
| 31 | TAnjingH-✤7-14 Days Arrival | tanjinghhua@163.com |
| 32 | heyatong | heyatong0282@163.com |
| 33 | GGMYYGS | hfggmyyxgs666@yeah.net |
| 34 | kensushop | football.is.thirdlife.ken11@gmail.com |
| 35 | hitra_4973User | travelfree.hiro72@gmail.com |
| 36 | loyshyhds | drsrewdbys@outlook.com |
| 37 | ShinTanimotoShop | ebay6349@gmail.com |
| 38 | samuelsgoods | samuel.grotz@web.de |
| 39 | shiin_1591 | inoueaibay01@gmail.com |
| 40 | AOKISTORE | soubiya.tak@gmail.com |
| 41 | achiwastore | taekoachiwa7@gmail.com |
| 42 | wanqingli_0 | qoqowang@outlook.com |
| 43 | y027-83 | y02738865@gmail.com |
| 44 | YutakaStore | yrrt.dream@gmail.com |