**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INNOVATION INDUSTRIES LLC, | CASE NO.: 1:25-cv-03157 |
| PLAINTIFF, | |
| V. | JUDGE ELAINE E. BUCKLO |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE BETH W. JANTZ |

## EXHIBIT 2 | SERVICE WEBSITE

SULLIVAN & CARTER
INTELLECTUAL PROPERTY LAW

## NOTICE TO DEFENDANTS: Pending Preliminary Motion

PLEASE TAKE NOTICE that Plaintiff has filed its Motion for Entry of a Preliminary Injunction, which is noticed for presentment on Thursday, May 22, 2025 at 9:45 a.m. Note that the Court will rule by written order and that an appearance on the presentment date is not required.

## NOTICE TO DEFENDANTS | CASE NO. 1:25-cv-03157

### Innovation Industries, LLC v. The Partnerships and Unincorporated Assoc.

The Defendants operating the Defendants Internet Stores listed in Schedule A to the Complaint are hereby advised: Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement and counterfeiting, copyright infringement, and state and federal law prohibiting false designation of origin.

A copy of the Complaint, Summons, and other legal documents may be downloaded below when publicly available. Any answer, or other response to the Complaint, should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from when the summons is served upon you.

If no appearance or pleading is filed, the Court may render a default judgment against the Defendants. Defendants are advised to seek legal counsel.

To initiate resolution to this matter, contact Plaintiff's attorney:
Sullivan & Carter, LLP
E-Mail: attorney@scip.law

## Case Documents

23_Summons_25-cv-03157 (pdf)                    ⬇ Download

08_Amended Complaint_25-cv-03157 (pdf)          ⬇ Download

08-01_Exhibit 1 to the Amended Complaint_25-cv-03157 (pdf)    ⬇ Download

08-02_Sealed_Schedule A_25-cv-01357 (pdf)       ⬇ Download

09_Motion to ⬇ Download

10_Motion for TRO_25-cv-03157 (pdf)                                            ⬇ Download

11_Memo for TRO_25-cv-03157 (pdf)                                             ⬇ Download

12-01_TRO Evidence_Part1 (pdf)                                               ⬇ Download

12-02_TRO Evidence_Part2 (pdf)                                               ⬇ Download

12-03_TRO Evidence_Part3 (pdf)                                               ⬇ Download

13_Motion for E-Service_25-cv-03157 (pdf)                                     ⬇ Download

14_Memo for E-Service_25-cv-03157 (pdf)                                       ⬇ Download

18_SEALED_Temporary Restraining Order_25-cv-03157 (pdf)                        ⬇ Download

20_Motion for TRO Extension_25-cv-03157 (pdf)                                 ⬇ Download

## Case Documents Continued

25_Motion for PI_25-cv-03157 (pdf)                                           ⬇ Download

26_Memo for PI_25-cv-03157 (pdf)                                            ⬇ Download

27_Notice of Motion for PI_25-cv-03157 (pdf)                                  ⬇ Download

Copyright © 2025 Sullivan & Carter, LLP - All Rights Reserved.

Powered by



Payments